**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: SARA W. MALLOW § Case No. 08-71733
§
§
Debtors §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/03/2008.

2) The plan was confirmed on 08/25/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/07/2009, 08/05/2009, 08/12/2009.

5) The case was converted on 09/09/2009.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,051.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 8,560.38 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 8,560.38 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,900.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 644.76 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,544.76 |
| Attorney fees paid and disclosed by debtor: | $ 600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY DAVID H CARTER | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,900.00 | 0.00 |
| US BANK HOME MORTG | Sec | 0.00 | 178,314.16 | 0.00 | 0.00 | 0.00 |
| US BANK HOME MORTG | Sec | 18,500.00 | 21,826.41 | 4,137.04 | 4,137.04 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 100.00 | 106.60 | 106.60 | 1.23 | 0.00 |
| AFNI | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS HEALTH | Uns | 200.00 | 996.70 | 996.70 | 11.51 | 0.00 |
| AMERICASH | Uns | 1,550.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP. | Uns | 345.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 7,500.00 | 8,078.97 | 8,078.97 | 93.27 | 0.00 |
| BRIGHAM & WOMENS | Uns | 201.00 | NA | NA | 0.00 | 0.00 |
| BRIGHAM & WOMENS ANESTHESIA | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| BRIGHAM & WOMENS HOSPITAL | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| BYRON BANK | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| BYRON SCHOOLS | Uns | 360.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 17,851.00 | 18,846.76 | 18,846.76 | 217.58 | 0.00 |
| CARDIOVASULAR ASSOC. | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSP. | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK USA NA | Uns | 20,746.00 | 792.79 | 792.79 | 9.16 | 0.00 |
| COMED CO | Uns | 335.00 | 417.36 | 417.36 | 4.82 | 0.00 |
| CW SERVICES | Uns | 450.00 | 450.00 | 450.00 | 5.20 | 0.00 |
| EDGEBROOK DERMATOLOGY PC | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS I PASS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | Uns | 792.00 | NA | NA | 0.00 | 0.00 |
| KP COUNSELING INC | Uns | 1,457.00 | 1,457.50 | 1,457.50 | 16.83 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 568.00 | 575.15 | 575.15 | 6.64 | 0.00 |
| MBNA | Uns | 9,207.00 | NA | NA | 0.00 | 0.00 |
| MBNA | Uns | 6,399.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Uns | 113.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,179.00 | 1,083.14 | 1,083.14 | 12.51 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 1,885.00 | NA | NA | 0.00 | 0.00 |
| NORWEST FINANCE | Uns | 1,214.00 | NA | NA | 0.00 | 0.00 |
| OGLE COUNTY BAD CHECKS | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| ONE SPIRIT BOOKS | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| OSF | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| OSF | Uns | 307.00 | NA | NA | 0.00 | 0.00 |
| RIDDLE & ASSOCIATES | Uns | 195.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 305.00 | 357.61 | 357.61 | 4.12 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,139.00 | 1,154.42 | 1,154.42 | 13.33 | 0.00 |
| STATE FARM BANK SPECIALIZED | Uns | 3,626.00 | 3,803.88 | 3,803.88 | 43.91 | 0.00 |
| SUBURBAN SURGICAL | Uns | 13,110.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 184.00 | 184.95 | 184.95 | 2.13 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,332.00 | 1,260.00 | 1,260.00 | 14.55 | 0.00 |
| WINFIELD LAD | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD PATHOLOGY | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 0.00 | 521.97 | 521.97 | 6.02 | 0.00 |
| FIA CARD SERVICES aka BANK OF | Uns | 0.00 | 6,399.10 | 6,399.10 | 73.87 | 0.00 |
| FIA CARD SERVICES aka BANK OF | Uns | 0.00 | 8,819.62 | 8,819.62 | 101.83 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 20,746.02 | 20,746.02 | 239.51 | 0.00 |
| CHECK IT | Uns | 0.00 | 50.00 | 50.00 | 0.56 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 4,137.04 | $ 4,137.04 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 4,137.04 | $ 4,137.04 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 76,102.54 | $ 878.58 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,544.76 |
| Disbursements to Creditors | $ 5,015.62 |
| **TOTAL DISBURSEMENTS:** | $ 8,560.38 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  09/29/2009            By:  /s/ Lydia S. Meyer
                                         Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)